FILED

08/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0421

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 24-0421

IN THE MATTER OF:

E.W.L.L.,

A Youth in Need of Care.

_____

**ORDER DISMISSING APPEAL**

_____

Upon review of Appellants' Motion to Dismiss Appeal, and for good cause appearing,

IT IS ORDERED that the appeal filed in the above-captioned matter is dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2024